IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

*Granted.*
*Karen L. Litkovitz*
*2/12/19*

| | |
|---|---|
| BILLY JOE OGG, | : |
| Plaintiff, | : |
| | : Case No. 1:16-cv-816 |
| v. | : |
| | : Judge Barrett |
| JAMES M. CLARK, et al., | : |
| | : Magistrate Judge Litkovitz |
| Defendants. | : |

**JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS**

Plaintiff Billy Joe Ogg, by and through his counsel, and Defendants', by and through their counsel, move to stay the proceedings in this case, pending settlement discussions, which have renewed and may prove fruitful. A memorandum in support of this motion is attached.

Respectfully submitted,

/s/ David A. Singleton
David A. Singleton, (#0074556)
*Trial Attorney for Plaintiff*
Lauren Gallaway, Rule 83.6 *Legal Intern*
Christopher Nunley Rule 83.6 *Legal Intern*
Keisha Frazier, Rule 83.6 *Legal Intern*
Ohio Justice & Policy Center
215 E. 9th Street, Suite 601
Cincinnati, Ohio 45202
Phone: (513) 421-1108 ext. 101
Fax: (513) 562-3200
Email: dsingleton@ohiojpc.org

/s/ Byron D. Turner
Byron D. Turner (#0096388 )
*Trial Attorney for Defendants*
Assistant Attorney General – Criminal Justice Section
Office of the Ohio Attorney General – Dave Yost
150 East Gay Street, 16th Floor
Columbus, Ohio 43215
Phone: (614) 644-7661
Fax: (844) 237-7628
Email: Byron.Turner@OhioAttorneyGeneral.gov